FILED
CLERK, U.S. DISTRICT COURT

11/6/2015

CENTRAL DISTRICT OF CALIFORNIA
BY:    GR    DEPUTY

Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Olga Hinojos

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| OLGA HINOJOS,<br><br>              Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>              Defendant. | Case No.: 2:15-cv-03924-RAO<br><br>ORDER OF DISMISSAL |

     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

     IT IS SO ORDERED.
DATE: November 6, 2015

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: November 5, 2015         Respectfully submitted,

2                                 LAW OFFICES OF LAWRENCE D. ROHLFING

3                                      /s/ *Brian C. Shapiro*
                              BY:_____
                                 Brian C. Shapiro
4                                Attorney for plaintiff Olga Hinojos

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

1

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:15-CV-03924-RAO**

2

I hereby certify that I electronically filed the foregoing with the Clerk of the

3

Court for this court by using the CM/ECF system on November 5, 2015.

4

5

I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the CM/ECF system.

7

*/s/ Brian C. Shapiro*

8

_____

9

Brian C. Shapiro
Attorneys for Plaintiff

10

_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26